IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT J. WILLIAMS,<br><br>    Movant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | NO.  C 07-2999 CW<br>    CR04-40175 CW<br><br>NO.  C-07-3000 cw<br>    CR04-40059 CW<br><br>ORDER TO SHOW CAUSE |

    Movant, a federal prisoner currently incarcerated at United States Penitentiary at Lompoc, California, filed a motion titled "Motion for Petition of Writ of Habeas Corpus," which the Court construes as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.  Good cause appearing, the Court hereby issues the following orders:

    1. The Clerk of the Court shall serve by certified mail a copy of this Order and the motion and all attachments thereto upon Respondent and Respondent's attorney, the United States Attorney. The Clerk shall also serve a copy of this Order on Movant.

    2. Respondent shall file with this Court and serve upon Movant, within thirty (30) days of the issuance of this Order, an

answer conforming in all respects to Rule 5 of the Rules Governing Section 2255 Cases, 28 U.S.C. foll. § 2255.

3. If Movant wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

IT IS SO ORDERED.

Dated: 7/16/07                                   /s/ Claudia Wilken
                                                 CLAUDIA WILKEN
                                                 UNITED STATES DISTRICT JUDGE

Copies mailed to parties
noted on attached sheet

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Lamont J. Williams,

    Plaintiff,

  v.

Federal Bureau of Prisons, et al

    Defendant.

Case Number: CV07-02999 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lamont Joseph Williams 97526-011
USP-Lompoc
3901 Klein Blvd., L-Unit/E2
Lompoc, CA 93436

U.S. Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attorney General
U.S. Department of Justice
Washington, DC 20530

Dated: July 16, 2007

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk