**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

**FILED**

SEP 1 1 2007

www.cand.uscourts.gov

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT Number
NORTHERN DISTRICT OF CALIFORNIA 7 3530
OAKLAND

Richard W. Wieking
Clerk

August 20, 2007

U.S. District Court
Central District of California
312 N. Spring Street
Los Angeles, CA. 90012

*CV07-5644*
*ODW (JCR)*

RE: CV 07-02999 CW   LAMONT J. WILLIAMS-v-THE FEDERAL BUREAU OF PRISONS

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

     X     Certified copy of docket entries.

     X     Certified copy of Transferral Order.

     X     Original case file documents.

     X     Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

          Sincerely,
          RICHARD W. WIEKING, Clerk

          by: Kelly Collins
          Case Systems Administrator

Enclosures
Copies to counsel of record

FILED

SEP 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

August 29, 2007

Lamont Joseph Williams
#97526-011
3901 Klein Blvd
Lompoc, CA  93436

Re:  Petition for Writ of Habeas Corpus by a Person in ☒ Federal Custody / ☐ State Custody

Formerly No. _4:07CV2999 CW_____ ,

in the U.S. District Court., _Northern_____ District of _California (Oakland)_____

Assigned Civil No. _CV07-5644 ODW (JCR)_____ in the U.S. District Court, Central District of California

Dear Sir/Madam:

The above case has been transferred to this District and assigned the number shown above.  Please refer to
this number in all future communications and address all correspondence to the attention of:

☐    Courtroom Deputy Clerk for Judge _____
☒    Courtroom Deputy Clerk for Magistrate Judge _Rayburn_____

Under Local Court Rule 11-4.1, all documents in this Court are filed original plus one unexecuted copy, which
must be clear and legible (the first carbon).  The copy is for use by the ☐ Judge / ☐ Magistrate Judge.

Local Court Rule 11 has many requirements as to form of documents.  A copy thereof is enclosed to assist you
in your action now before this Court.

Local Court Rule 41-6 requires that a party proceeding pro se shall keep the Court and opposing counsel apprised
of such party's current address.  If mail directed by the clerk to such address of record is returned undelivered by
the Post Office, and if such pro se party fails to notify, in writing, the Court and opposing parties within fifteen
(15) days thereafter of his current address, the Court may dismiss the action with or without prejudice for want of
prosecution.

Very truly yours,

Clerk, U.S. District Court

By _P.Gomez_____
Deputy Clerk

Enclosures: Copy of Local Rules 5, 7, 26-37, and 41

CV-38 (10/01)                LETTER RE HABEAS CORPUS TRANSFER-IN